No. 2,770.—MARGARET McCALLUM ET AL., RESPONDENTS, *v.* BOSTON & MONTANA CON. C. & S. MIN. CO., APPELLANT.

*Appeal from District Court of Cascade County; J. B. Leslie, Judge.*

Decided February 7, 1910.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel.

*Mr. Ransom Cooper,* and *Mr. Sam Stephenson,* for Appellant.